

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2020

No. 04-19-00488-CV

Robert **DUNLAP,**
Appellant

v.

Charles **TROIS,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00955
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

On March 30, 2020, appellee filed a motion requesting an extension of time to file his brief. In his motion, appellee states that he asked the Bexar County District Clerk to supplement the clerk's record with additional documents. A letter dated February 27, 2020 from appellee to the Bexar County District Clerk confirms this request and lists fifteen documents to be included in the supplemental clerk's record. As of this date, a supplemental clerk's record has not been filed.

Accordingly, we **ORDER** the Bexar County District Clerk to file a supplemental clerk's record in this court **by April 21, 2020** with a copy of the fifteen documents listed in appellee's letter.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court